UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CLINTON PETERSON on his own behalf
and others similarly situated,

        Plaintiff,

vs.                                Case No.   2:08-cv-72-FtM-29SPC

MERITAGE HOMES OF FLORIDA, INC. a
Foreign Corporation,

        Defendant.
_____

**OPINION AND ORDER**

    This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #39), filed November 17, 2008, recommending that the Joint Motion to Approve Settlement Agreements (Doc. #31) be granted, the sealed settlement agreements be approved, and the case be dismissed and closed. No objections have been filed and the time to do so has expired.

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in

whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file, sealed settlement agreements, and submitted billing records (Doc. #38), and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge except for the erroneous sentence on page one referencing an Amended Joint Report Regarding Settlement that has not been filed in this case.

Accordingly, it is now

**ORDERED**:

1. The Report and Recommendation is hereby **adopted** and incorporated herein with the exception of the one sentence on page one.

2. The Joint Motion to Approve Settlement Agreements (Doc. #31) is **GRANTED** and the Settlement Agreements and General Releases[1] are approved as fair and reasonable.

---

[1] A settlement was reached with each of the plaintiffs who opted-in and filed consent forms to join: Clinton Peterson, Michael Toleman, Matthew Fenley, and Frank Cowan.

3. The Clerk shall enter judgment dismissing the case with prejudice, terminate all deadlines, and close the case.

**DONE AND ORDERED** at Fort Myers, Florida, this __2nd__ day of December, 2008.

*/s/ John E. Steele*
JOHN E. STEELE
United States District Judge

Copies:
Hon. Sheri Polster Chappell
United States Magistrate Judge

Counsel of Record
Unrepresented parties